# Third District Court of Appeal

## State of Florida

Opinion filed December 3, 2025.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D25-1342
Lower Tribunal No. F82-27694

————————————

**Roberto Valdes,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Roberto Valdes, in proper person.

James Uthmeier, Attorney General, and Daniel Colmenares and Haccord Curry, Assistant Attorneys General, for appellee.

Before EMAS, and MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.  <u>See</u> <u>Ratliff v. State</u>, 914 So. 2d 938, 940 (Fla. 2005) ("[T]he Legislature, by prescribing a sentence of life imprisonment, intends that the defendant remain in prison for the rest of his life.  The term "life" is sufficiently definite so that it can be understood and applied.  There is nothing indefinite about such a sentence.").